IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION



FILED
APR 0 8 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W-14-CR-034 |
| Plaintiff, | * | SUPERSEDING INFORMATION |
| V. | * | [VIO: 21 U.S.C. 841(a)(1) & 841(b)(1)(B) – Possession with Intent to Distribute at Least 50 Grams of Methamphetamine, a Schedule II Controlled Substance] |
| GILBERT MIKE MELENDEZ, | * | |
| Defendant | * | |

THE UNITED STATES ATTORNEY CHARGES:

On or about February 5, 2014, in the Western District of Texas, the Defendant,

**GILBERT MIKE MELENDEZ,**

unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

ROBERT PITMAN
United States Attorney

*Stephanie Smith-Burris*

By: STEPHANIE SMITH-BURRIS
Assistant United States Attorney

| | | |
|---|---|---|
| SEALED _____ | | |
| UNSEALED  X  | PERSONAL DATA SHEET | |
| | UNITED STATES DISTRICT COURT | |
| | WESTERN DISTRICT OF TEXAS | |
| | WACO DIVISION | |

DATE: __04-08-2014__     MAG CT. # __W14-25M__     CASE NO. __W-14-CR-034__
COUNTY: __McLENNAN__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____STEPHANIE SMITH-BURRIS_____

DEFENDANT: __GILBERT MIKE MELENDEZ__                    DOB: ███████

CITIZENSHIP:     United States __X__     Mexican ____     Other ____
INTERPRETER NEEDED:   Yes ____             No __X__     Language ____

DEFENSE ATTORNEY: _____Dick Kettler_____

DEFENDANT IS:    In Jail __YES__        WHERE: __McLennan County Jail__
                 On Bond _____

PROSECUTION BY:     INFORMATION ____        INDICTMENT ____
                    SUPERSEDING INFORMATION __X__

OFFENSE: (Code & Description): __21 U.S.C. 841(a)(1) & 841(b)(1)(B) – Possession With Intent to Distribute at Least 50 Grams of Methamphetamine, a Schedule II Controlled Substance__

OFFENSE IS:    FELONY ___X___        MISDEMEANOR _____

MAXIMUM SENTENCE: __Not less than 5 years nor more than 40 years custody; $5,000,000 fine; $100 special assessment; at least 4 years TSR__

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR
                         Mandatory Minimum

REMARKS: ███████████████████████████